**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-2368**

---

TONY TYSON,

                                  Plaintiff - Appellant,

        versus

LOUIS CALDERA, Secretary of the Army, The
Pentagon,

                                  Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Senior District Judge. (CA-00-411-2)

---

Submitted:  May 15, 2001              Decided:  May 25, 2001

---

Before LUTTIG and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Kenneth Michael Robinson, Cameron Robinson Kourtesis, Washington, D.C.; Sol Z. Rosen, Washington, D.C., for Appellant. Helen F. Fahey, United States Attorney, Lawrence R. Leonard, Managing Assistant United States Attorney, Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tony Tyson appeals the district court's order granting summary judgment to Louis Caldera, Secretary, Department of the Army, in his employment discrimination action because Tyson failed to timely file an Equal Employment Opportunity charge. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Tyson v. Caldera, No. CA-00-411-2 (E.D. Va. Oct. 10, 2000); see 29 C.F.R. § 1614, 105(a); Young v. National Ctr. for Health Serv. Research, 828 F.2d 235, 237 (4th Cir. 1987). We deny Tyson's motion to stay this appeal pending resolution of a complaint pending with the District of Columbia Office of Bar Counsel. We grant Tyson's counsel's motion to withdraw from further representation. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED